GOLDBERG COMPANIES, INC., TRUSTEE, APPELLANT, *v.* COUNCIL OF THE CITY OF RICHMOND HEIGHTS, APPELLEE.

[Cite as *Goldberg Cos., Inc. v. Richmond Hts. City Council* (1997), 79 Ohio St.3d 1205.]

(No. 96–84—Submitted April 16, 1997—Decided June 18, 1997.)

---

*Kahn, Kleinman, Yanowitz & Arnson Co., L.P.A., Sheldon Berns* and *Benjamin J. Ockner,* for appellant.

*R. Todd Hunt,* Director of Law; *Walter & Haverfield, P.L.L.,* and *Frederick W. Whatley,* for appellee.

*John E. Gotherman* and *Malcolm C. Douglas,* urging affirmance for *amici curiae,* Ohio Municipal League and Ohio Municipal Attorneys Association.

*Terrence L. Brennan,* urging affirmance for *amicus curiae,* Cuyahoga County Law Directors Association.

---

The appeal is dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY and LUNDBERG STRATTON, JJ., concur.

DOUGLAS, J., dissents.

PFEIFER and COOK, JJ., dissent and would reverse the judgment of the court of appeals.